No. 94–6840. SMITH v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6841. WITCHER v. WITCHER. Super. Ct. Pa. Certiorari denied.

No. 94–6842. PEARSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6847. RUSSELL v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 94–6848. NESMITH v. MCKELLAR ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6849. LUNA v. RUSSELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 94–6850. MAKEMSON v. MCBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 94–6851. RODRIGUEZ MENDOZA v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6852. QUINTO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 94–6855. CORONA v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 94–6857. MIMS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6861. IVY v. MOORE, FORMER DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.